

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  8:22-cv-00268-JLS-JDE                         Date: July 18, 2022
Title:  Ghassem Azadian et al v. Gregory Reed et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Dolores Ramos  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                             Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING FEDERAL CLAIM WITH PREJUDICE AND REMANDING ACTION TO STATE COURT**

On July 14, 2022, Plaintiffs filed a Notice of Waiver of Right to File Amended Complaint; Request to Immediately Remand Action to Superior Court.  (Doc. 53.)  In the Notice, Plaintiffs note that they "waive their right to file an amended Complaint for which leave to amend was granted, and ask that the Court enter the Order dismissing the Second Cause of Action for Violation of Civil Rights and immediately remand the case to Orange County Superior Court in accordance with the Court's Order."  (*Id.* at 2.) Accordingly, Plaintiffs' second cause of action asserting a Section 1983 claim is DISMISSED with prejudice.  This case was removed from state court on the basis of federal question jurisdiction.  In the absence of a federal claim, the Court declines to exercise jurisdiction over the remaining state claims.  Accordingly, the Court REMANDS the action to the Superior Court of California (County of Orange), Case No. 30-2021-01232738.

**IT IS SO ORDERED**.

Initials of Deputy Clerk: dr

---